UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:08-cr-2
                                                            HON. R. ALLAN EDGAR
David Wayne Dodge and
Susan Rene Dodge,
_____/

**ORDER APPROVING AND ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendations filed by the United States Magistrate Judge in this action. The Report and Recommendations were duly served on the parties, and no objections have been filed thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendations of the Magistrate filed 3/10/08 #27 and #28, are approved and adopted as the Opinion and Findings of this Court.

2. Defendants David Wayne Dodge and Susan Rene Dodge's pleas of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone and Methadone are accepted. Defendants David Wayne Dodge and Susan Rene Dodge are adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Pre-sentence Investigation Report. See U.S.S.G. Ch. 6.

SO ORDERED.

Dated: 3/25/08

                                        /s/ R. Allan Edgar
                                        R. ALLAN EDGAR
                                        UNITED STATES DISTRICT JUDGE